# EXHIBIT A

ELECTRONICALLY FILED
7/17/2017 3:51 PM
2017-L-007180
CALENDAR: D
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CORTNEY R. STEELE ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. |
| ) | |
| MEGABUS USA, LLC, ) | |
| MEGABUS SOUTHEAST, LLC, and ) | |
| PAYTON H. GRANDERSON, JR. ) | |
| ) | *PLAINTIFF DEMANDS* |
| Defendants. ) | *TRIAL BY JURY* |

## COMPLAINT AT LAW

Plaintiff, CORTNEY R. STEELE, by and through his attorneys, BOUDREAU & NISIVACO, LLC, complaining of Defendants, MEGABUS USA, LLC, (hereinafter "USA"), MEGABUS SOUTHEAST, LLC, (hereinafter "SOUTHEAST"), and PAYTON H. GRANDERSON, JR., (hereinafter "GRANDERSON"), and pleading hypothetically and in the alternative, states the following:

## COUNT I

### Negligence – Common Carrier – Bus Overturned – USA & SOUTHEAST

1. On July 23, 2015, Defendants USA and SOUTHEAST owned, operated, managed, and maintained an interstate bus service with one of its terminal points being Chicago, Cook County, Illinois.

2. On July 23, 2015, Defendant SOUTHEAST, or both Defendants SOUTHEAST and USA, owned, and Defendants USA and SOUTHEAST operated, managed, and maintained, a 1982 double decker Van Hool bus, VIN YEDG13B8C2042513, titled in the State of Illinois, bearing Illinois License Plate No. P758045, upon its route from Memphis, Tennessee to Chicago, Illinois.

1

ELECTRONICALLY FILED
7/17/2017 3:51 PM
2017-L-007180
PAGE 2 of 6

3. At all relevant times, Plaintiff, CORTNEY R. STEELE, was an individual domiciled in Snellville, Georgia, at 2868 Calumet Farm Lane, Snellville, Georgia 30039.

4. On July 23, 2015 at approximately 5:42 a.m. local time, Plaintiff, CORTNEY R. STEELE, was a paying passenger aboard the said 1982 double decker Van Hool bus, VIN YEDG13B8C2042513, titled in the State of Illinois, bearing Illinois License Plate No. P758045, upon its route from Memphis, Tennessee to Chicago, Illinois, as it proceeded west through Cape Girardeau County, Missouri on Route KK approximately .7 miles from its intersection with Interstate 55.

5. At the time and place aforesaid, Defendant GRANDERSON was the driver that drove, operated, managed, maintained, and controlled the aforementioned Van Hool bus.

6. At the time and place aforesaid, Defendant GRANDERSON was a duly authorized actual and/or apparent agent and/or employee of Defendants USA and SOUTHEAST.

7. At the time and place aforesaid, Defendant GRANDERSON was acting within the course and/or scope of his actual and/or apparent agency and/or employment with Defendants USA and SOUTHEAST.

8. At the time and place aforesaid, the Van Hool bus upon which Plaintiff, CORTNEY R. STEELE, was riding left the roadway, turned over, and came to rest on its right side against an embankment.

9. At the time and place aforesaid, Defendants USA and SOUTHEAST were common carriers.

10. At the time and place aforesaid, Defendants USA and SOUTHEAST and their agents and/or employees owed Plaintiff, CORTNEY R. STEELE, the highest duty of care.

2

11. At the time and place aforesaid, notwithstanding their duty, Defendants USA and SOUTHEAST then and there through their agents and/or employees, were negligent in one or more of the following respects:

   a. Failed to operate its bus and bus system in a safe and reasonable manner; or

   b. Failed to retain sufficient and proper control over the operation of said bus; or

   c. Failed to properly train the operator of said bus; or

   d. Failed to ensure said bus operator was not fatigued or otherwise impaired; or

   e. Failed to institute and/or enforce a fatigue policy for its bus operators; or,

   f. Failed to ensure that said bus driver was of sufficient mind and body to safely operate said bus; or

   g. Was otherwise careless and/or negligent.

12. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendants USA and SOUTHEAST and their agents and/or employees, Plaintiff, CORTNEY R. STEELE, sustained injuries of a personal and pecuniary and permanent nature.

   WHEREFORE, Plaintiff, CORTNEY R. STEELE, prays for judgment against Defendants USA and SOUTHEAST jointly and severally in an amount in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

ELECTRONICALLY FILED
7/17/2017 3:51 PM
2017-L-007180
PAGE 3 of 6

## COUNT II

### Negligence –PAYTON H. GRANDERSON, JR.

1. On July 23, 2015, Defendants USA and SOUTHEAST owned, operated, managed, and maintained an interstate bus service with one of its terminal points being Chicago, Cook County, Illinois.

2. On July 23, 2015, Defendant SOUTHEAST, or both Defendants SOUTHEAST and USA, owned, and Defendants USA and SOUTHEAST operated, managed, and maintained, a 1982 double decker Van Hool bus, VIN YEDG13B8C2042513, titled in the State of Illinois, bearing Illinois License Plate No. P758045, upon its route from Memphis, Tennessee to Chicago, Illinois.

3. At all relevant times, Plaintiff, CORTNEY R. STEELE, was an individual domiciled in Snellville, Georgia, at 2868 Calumet Farm Lane, Snellville, Georgia 30039,

4. On July 23, 2015 at approximately 5:42 a.m. local time, Plaintiff, CORTNEY R. STEELE, was a paying passenger aboard the said 1982 double decker Van Hool bus, VIN YEDG13B8C2042513, titled in the State of Illinois, bearing Illinois License Plate No. P758045, upon its route from Memphis, Tennessee to Chicago, Illinois, as it proceeded west through Cape Girardeau County, Missouri on Route KK approximately .7 miles from its intersection with Interstate 55.

5. At the time and place aforesaid, Defendant, GRANDERSON, was the bus driver that drove, operated, managed, maintained, and controlled the aforementioned Van Hool bus.

6. At the time and place aforesaid, Defendant GRANDERSON was a duly authorized actual and/or apparent agent and/or employee of Defendants USA and SOUTHEAST.

ELECTRONICALLY FILED
7/17/2017 3:51 PM
2017-L-007180
PAGE 4 of 6

4

7. At the time and place aforesaid, Defendant GRANDERSON was acting within the course and/or scope of his actual and/or apparent agency and/or employment with Defendants USA and SOUTHEAST.

8. At the time and place aforesaid, Defendant GRANDERSON was inattentive while operating the Van Hool bus and allowed its right front tire and wheel to leave the roadway, which caused the bus to tip over onto its right side against an embankment.

9. At the time and place aforesaid, the Van Hool bus upon which Plaintiff, CORTNEY R. STEELE, was riding left the roadway and tipped over onto its right side and came to rest upon an embankment.

10. It was then and there the duty of Defendant GRANDERSON to exercise ordinary care and caution in the operation, management, maintenance and control of the Van Hool bus he was operating so as not to cause injury or damage to the person or property of Plaintiff, CORTNEY R. STEELE.

11. At the time and place aforesaid, notwithstanding his duty, Defendant GRANDERSON, individually, and as the actual and/or apparent agent and/or employee of Defendants USA and SOUTHEAST, was negligent in one or more of the following respects:

    a. Failed to be attentive while operating the Van Hool bus; or

    b. Failed to operate the Van Hool bus so as to maintain it in its lane on the roadway; or

    c. Failed to operate the Van Hool bus in a safe and reasonable manner; or

    d. Failed to retain sufficient and proper control over the operation of said bus; or

    e. Failed to stop the Van Hool bus when danger to the Plaintiff was imminent; or

    f. Operated the Van Hool bus without keeping a proper and sufficient lookout; or

    g. Operated the Van Hool bus at a speed greater than reasonable and proper; or,

ELECTRONICALLY FILED
7/17/2017 3:51 PM
2017-L-007180
PAGE 5 of 6

h. Was otherwise careless and/or negligent.

12. As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendant GRANDERSON, individually and as the actual and/or apparent agent and/or employee of Defendants USA and SOUTHEAST, Plaintiff, CORTNEY R. STEELE, sustained injuries of a personal and pecuniary and permanent nature.

WHEREFORE, Plaintiff, CORTNEY R. STEELE, prays for judgment against Defendant GRANDERSON in an amount in excess of the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois.

Respectfully submitted,

By: _____

ELECTRONICALLY FILED
7/17/2017 3:51 PM
2017-L-007180
PAGE 6 of 6

John L. Nisivaco
**Boudreau & Nisivaco, LLC**
120 N. LaSalle Street
Suite 1250
Chicago, IL 60602
Tel: (312) 263-0300
Fax: (312) 263-1165
Atty No. 46668

6

ELECTRONICALLY FILED
7/17/2017 3:51 PM
2017-L-007180
CALENDAR: D
PAGE 1 of 1
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CORTNEY R. STEELE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MEGABUS USA, LLC, )<br>MEGABUS SOUTHEAST, LLC, and )<br>PAYTON H. GRANDERSON, JR. )<br>)<br>Defendants. ) | No.<br><br>*PLAINTIFF DEMANDS*<br>*TRIAL BY JURY* |

## SUPREME COURT RULE 222 AFFIDAVIT

I, John L. Nisivaco, the affiant, on oath, state:

The total amount of money damages sought in this matter exceeds $50,000.00

*/s/ John L. Nisivaco*
John L. Nisivaco

SUBSCRIBED AND SWORN TO
before me this 17th day of July 2017.

*/s/ Jessica Ardon*
NOTARY PUBLIC

JESSICA ARDON
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 25, 2019

BOUDREAU & NISIVACO, LLC
120 N. LaSalle Street
Suite 1250
Chicago, IL 60602
Tel: (312) 263-0300
Fax: (312) 263-1165
Atty No. 46668
Primary email: john@chicagoinjurylaw.com
Secondary email: jessica@chicagoinjurylaw.com
Tertiary email: receptionist@chicagoinjurylaw.com